

FILED
CLERK, U.S. DISTRICT COURT

9/28/18

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIFFANY A. WELLS, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:18-cv-08192-ODW (MAAx) |
| v. | |
| LISA MARIE McCARTER, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                        United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency    ☒ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____

☒ Other: Defendant seeks to proceed in forma pauperis in removing a state court unlawful detainer action to federal court for which there is no federal court jurisdiction.

Comments:
See attachment.

September 26, 2018
Date                        United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

  ☐ This case is hereby DISMISSED immediately.

  ☒ This case is hereby REMANDED to state court.

September 28, 2018
Date                        United States District Judge

CV-73 (08/16)    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

# ATTACHMENT TO ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* (FORM CV-73)

*Wells v. McCarter*
No. 2:18-cv-08192-ODW-MAAx

On September 21, 2018, Defendant Lisa Marie McCarter filed a Notice of Removal of the action filed in Los Angeles County Superior Court, Case No. 18IWUD01500. In the Complaint, Plaintiff Tiffany A. Wells alleges a state law claim for unlawful detainer. Defendant, appearing *pro se*, seeks removal based on federal question jurisdiction, asserting a defective-notice defense pursuant to the Protecting Tenants at Foreclosure Act ("PTFA"), 12 U.S.C. § 5220 *et seq.*

Federal courts are of limited jurisdiction, having subject matter jurisdiction only over matters authorized by the Constitution and Congress. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). There is a "strong presumption" against removal jurisdiction and, in seeking removal, defendant bears the burden of proving that removal is proper. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

Here, the underlying Complaint contains only a single cause of action for unlawful detainer. (ECF No. 1, at 7-9.) Under 28 U.S.C. § 1331, this Court has original jurisdiction over civil actions "arising under" federal law. The "well pleaded complaint rule provides that federal jurisdiction exists only when a federal question is presented on the face of plaintiff's properly pleaded complaint." *Caterpiller, Inc. v. Williams*, 482 U.S. 386, 392 (1987). "A case may not be removed to federal court on the basis of federal defense, including the defense of pre-emption." *Id.* at 393.

Defendant alleges that removal is proper because Plaintiff gave defective notice to pay rent or quit, violating the PTFA. (ECF No. 1, at 2-3.) Defendant's allegations concerning Plaintiff's potential violations of the PTFA do not constitute a proper basis for removal because a federal defense or an actual or anticipated federal counterclaim cannot form the basis for removal. *See, e.g.*, *Vaden v. Discover Bank*, 556 U.S. 49, 61-62 (2009) (counterclaims, even if they rely exclusively on federal substantive law, are non-removable). Therefore, Defendant has failed to meet the burden to show that federal question jurisdiction exists over this action.

Because the Court lacks subject matter jurisdiction, the undersigned Magistrate Judge recommends that this case be remanded to the Los Angeles County Superior Court, Case No. 18IWUD01500. Defendant's Application to Proceed in District Court without Prepaying Fees or Costs should be DENIED as moot.

DATED: September 26, 2018

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE